CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sierra Club, Inc.,
Huron Mountain Club

        vs      Plaintiff

Dirk Kempthorne

                Defendant

Civil Action No. _____

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Sierra Club and Huron Mountain Club__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sierra Club and Huron Mountain Club__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

DC Bar No. 468542
BAR IDENTIFICATION NO.

Joshua Stebbins
Print Name

Meyer Glitzenstein & Crystal, 1601 Connecticut, Ave, NW, STE 700,
Address

Washington DC, 20009
City      State      Zip Code

202 588 5206
Phone Number