IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, ET AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-02261-RMU (D.D.C.) |
| | ) |
| DIRK KEMPTHORNE, ET AL. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

The Court and counsel will please take notice that RICKEY DOYLE TURNER JR. of the United States Department of Justice, hereby enters his appearance as counsel for the Defendants in the above-captioned action.

Relevant address, telephone numbers, and contact information for Mr. Turner are as follows:

<u>MAILING ADDRESS</u>
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

<u>OVERNIGHT DELIVERY/STREET ADDRESS</u>

Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3033
Washington, D.C.  20004

<u>TELEPHONE AND FAX NUMBERS</u>
Telephone: (202) 305-0229
Facsimile:  (202) 305-0275

<u>ELECTRONIC CORRESPONDENCE</u>:
rickey.turner@usdoj.gov

                            Respectfully submitted this 17th of January 2008,
                            RONALD J. TENPAS, Assistant Attorney General
                            JEAN E. WILLIAMS, Section Chief

                            **<u>s/   Rickey Doyle Turner Jr.</u>**

                            RICKEY DOYLE TURNER JR.
                            U.S. Department of Justice
                            Environment & Natural Resources Division
                            Wildlife and Marine Resources Section
                            P.O. Box. 7369
                            Washington, D.C.  20044-7369
                            (202) 305-0229
                            rickey.turner@usdoj.gov

OF COUNSEL:

                            *Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing will be e-filed this January 17, 2008, will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

<i>s/ Rickey Turner</i>

Respectfully submitted,            , 2008;

        RONALD J. TENPAS
        Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice
        JEAN E. WILLIAMS, Chief
        LISA L. RUSSELL, Assistant Chief

        /s/ Rickey Doyle Turner, Jr.
        RICKEY DOYLE TURNER, JR.
        Trial Attorney
        CO Bar No. 38353
        Wildlife & Marine Resources Section
        Environment & Natural Resource Division
        Benjamin Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Telephone: (202) 305-0229
        Facsimile: (202) 305-0275

Of Counsel:

## CERTIFICATE OF SERVICE

     I hereby certify that on this _____ day of _____, 2008, I caused a copy of the foregoing

to be served on the following counsel by means of the Court's electronic filing system:

Joshua Stebbins

jstebbins@meyerglitz.com

                                                    **s/ Rickey Doyle Turner Jr.**

                                                    Rickey Doyle Turner Jr.

                                                    rickey.turner@usdoj.gov