UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sierra Club, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>Dirk Kempthorne, et al., )<br>)<br>    Defendants. )<br>_____) | Civ. No.    1:07-cv-02261(RMU) |

**AFFIDAVIT OF SERVICE**

I hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

1. The Secretary of the United States Department of the Interior was served by certified mail with return receipt dated December 21, 2007;

2. The Director of the United States Fish and Wildlife Service was served by certified mail with return receipt dated December 20, 2007;

3. The United States Attorney for the District of Columbia was personally served on or about December 17, 2007;

4. The U.S. Attorney General was served by certified mail with return receipt dated December 21, 2007.

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

       _____/S/_____
       Joshua R. Stebbins
       (D.C. Bar. No. 468542)


       Meyer Glitzenstein & Crystal
       1601 Connecticut Ave., N.W.
       Suite 700
       Washington, D.C.  20009
       (202) 588-5206

March 5, 2008

**Meyer Glitzenstein & Crystal**
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1063

Telephone (202) 588-5206
Fax (202) 588-5049

Rec'd 12/17/2007
LaTrish M. Carroll

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery<br>C. Signature  *[signature]*<br>X  DEC 2 2007  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>Department of Justice<br>10th and Constitution Ave., NW<br>Washington, DC  20230 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7005 1160 0004 0539 7042 | |
| PS Form 3811, July 1999  Domestic Return Receipt | 102595-00-M-0952 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Dirk Kempthorne
    Secretary
    U.S. Department of the Interior
    1849 C Street, NW
    Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): MELISSA TYSON
B. Date of Delivery: DEC 2 1 2007
C. Signature: X M. [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7005 1160 0004 0539 7066

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Dale Hall
    Director
    U.S. Fish and Wildlife Service
    1849 C Street, NW
    Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Valencia
B. Date of Delivery: 12/20/07
C. Signature: X Valencia Ines
   ☑ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7005 1160 0004 0539 7059

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952