**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Sierra Club, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.   1:07-cv-02261(RMU) |
| | ) | |
| Dirk Kempthorne, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**RULE 16 REPORT**

Pursuant to Local Rule 16.3(d), Plaintiffs, Sierra Club et al., ("Plaintiffs") and Defendants, Dirk Kempthorne, et al. ("Defendants" "FWS" or "Service"), represent that they have conferred on the matters set forth in Local Rule 16.3, and they submit the following Joint Report to the Court.

Plaintiffs' Complaint alleges that the Service failed to make a finding regarding whether a population of the Coaster Brook Trout (*Salvelinus fontinalis*) ("Coaster") warrants listing under the Endangered Species Act ("ESA") within one year of its receipt of Plaintiffs' Petition to list the Coaster population as a "threatened" or "endangered" species under the ESA ("one year finding"), see 16 U.S.C. § 1533(b)(3)(B), and that the Service failed to make a finding as to whether Plaintiffs' Petition presents substantial information indicating that the population may warrant listing as threatened or endangered under the ESA within ninety days of its receipt of the Petition ("ninety day finding"), see 16 U.S.C. § 1533(b)(3)(A). Plaintiffs therefore contend that the Service has violated its mandatory duties under section four of the ESA, 16 U.S.C. § 1533, and its own implementing regulations, 50 C.F.R. part 424, and that it has acted contrary to the

Administrative Procedure Act ("APA").  5 U.S.C. § 706.

With regard to the specific items set forth in Local Rule 16.3, the parties state as follows:

1. The parties agree that, if not settled, this case is likely to be resolved on cross motions for summary judgment.

2. All parties are joined, and the parties agree that the case may be resolved by settlement.

3. The parties concur that the case should not be assigned to a magistrate judge.

4. The parties have reached a settlement in principal.  In the proposed settlement, the FWS agreed that on or before March 15, 2008, it would submit for publication in the Federal Register a ninety day finding with respect to the Coaster; and, should the finding be positive, the FWS would submit for publication in the Federal Register a one year finding on or before December 15, 2008.  Pursuant to the settlement in principal, the FWS submitted for publication a ninety day finding under the ESA, and on March 20, 2008, a positive ninety day finding was published in the Federal Register.

The FWS also agreed that Plaintiffs are the prevailing parties; that they will pay Plaintiffs' reasonable attorneys fees and costs; and that the Court shall retain jurisdiction over implementation of the settlement agreement, and over any dispute concerning attorneys fees in the event that the parties are unable to resolve the issue of attorneys fees without the Court's intervention.  The parties are currently in negotiations concerning resolution of attorneys fees.

The parties anticipate entering into a stipulated court order that, among other things, will mandate that the FWS issue a one year determination by the agreed upon date, will provide for payment of a sum certain to resolve Plaintiffs' claims for attorneys fees and costs, and that

provides for the Court's continuing jurisdiction to oversee compliance with the settlement agreement and any dispute concerning attorneys fees in the future. The parties will apprise the Court as to the status of the parties' attempts to settle the case at the case management conference scheduled for April 15, 2008. The parties will file a status update for the Court on May 15, 2008, if settlement has not been reached by that date.

5. The parties have discussed ADR with their clients and do not believe that the case would benefit from the Court's ADR program at this time.

6. The parties agree that this action will likely be resolved on cross-motions for summary judgment, if it is not settled. In the unlikely event that the parties are unable to reach settlement, the parties agree that either party may file a notice of discontinuation of settlement negotiations and within fifteen days thereafter the parties will file a proposed schedule(s) with dates for production of the Administrative Record and for briefing of summary judgment motions.

7. The parties agree to dispense with initial disclosures.

8. Plaintiffs do not presently anticipate that there will be discovery. Defendants believe that discovery is unavailable in this action because Plaintiffs' claims must be reviewed on the basis of the Administrative Record(s).

9. The parties do not presently anticipate the need for an exchange of expert witness reports.

10-13. The parties agree that these items are not applicable at this time.

14. The parties have attached a proposed scheduling order.

Respectfully submitted,

_____/S/_____
Joshua R. Stebbins
(D.C. Bar. No. 468542)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

Attorneys for Plaintiffs

_____/S/_____
Rickey Turner
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W.
Third Floor - Room 3033
Washington, D.C. 20530
(202) 305-0229



Attorney for Defendants

April 8, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Sierra Club, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.    1:07-cv-02261(RMU) |
| | ) | |
| Dirk Kempthorne, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] SCHEDULING ORDER**

Pursuant to Local Rule 16.3, and the parties' Rule 16.3(d) Report, the parties have conferred regarding the schedule for the resolution of this action, and hereby propose the following schedule:

| | |
|---|---|
| April 15, 2008 | Initial Status Hearing |
| May 15, 2008 | Parties File Notice of Status of Settlement Negotiations If Settlement Is Not Reached |

_____
U.S. District Court Judge
Ricardo M. Urbina

Dated: